Hearing Date: To Be Determined
Objection Deadline: July 29, 2025 at 4:00 p.m. (Prevailing Eastern Time)
Reply Deadline: August 13, 2025 at 12:00 p.m. (Prevailing Eastern Time)

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Daniel J. Schwartz
Marc J. Tobak

*Counsel to Plaintiff Digital Currency Group, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Genesis Global Holdco, LLC, et al.,<br><br>Debtors.[1] | **Case No. 23-10063 (SHL)** |
| DIGITAL CURRENCY GROUP, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>VINCENT FALCO, STEPHEN H. SOKOLOWSKI, AND CHRISTOPHER H. SOKOLOWSKI<br><br>Defendants. | **Adversary Pro. No.<br>25-01111-SHL** |

## MOTION FOR A PRELIMINARY INJUNCTION

Digital Currency Group, Inc. ("**DCG**"), plaintiff in the above-captioned adversary proceeding, respectfully states as follows in support of this motion (the "**Motion**")

---

[1] The Wind-Down Debtors in these cases, along with the last four digits of each Wind-Down Debtor's registration number in the applicable jurisdiction, are as follows: Genesis Global Holdco, LLC (8219), Genesis Global Capital, LLC (8564), and Genesis Asia Pacific Pte. Ltd. (2164R).

seeking entry of a preliminary injunction in substantially the form annexed hereto as **Exhibit A** (the "**Proposed Order**").

## RELIEF REQUESTED

1. By this Motion, pursuant to section 105(a) of title 11 of the United States Code and Rule 7065 of the Federal Rules of Bankruptcy Procedure, Plaintiff in the above-captioned adversary proceeding respectfully requests that this Court enter a preliminary injunction enjoining defendants in this adversary proceeding Vincent Falco, Stephen H. Sokolowski and Christopher H. Sokolowski (collectively the "**Creditor Defendants**") from the continued litigation of the causes of action asserted in (i) the amended complaint filed on March 25, 2025 [ECF No. 22] (the "**Sokolowski Complaint**") in the action captioned *Sokolowski v. Digital Currency Group, Inc.*, No. 4:25-cv-00001-PJC (M.D. Pa. 2025); (ii) the complaint filed on May 30, 2025 [ECF No. 1] (the "**Connecticut Complaint**" and, together with the Sokolowski Complaint, the "**Sokolowski Complaints**") in the action captioned *Sokolowski v. Digital Currency Group, Inc.*, No. 3:25-cv-00870 (D. Conn. 2025); and (iii) the complaint filed on May 6, 2025 [ECF No. 1] (the "**Falco Complaint**" and, together with the Sokolowski Complaint, the "**Creditor Complaints**") in the action captioned *Falco v. Digital Currency Group, Inc.*, No. 1:25-cv-03771-DLC (S.D.N.Y. 2025) through and including the date that is seven days after the date on which a final order is entered in the Debtors' pending suits against Plaintiff, including but not limited to the cases captioned *Genesis Global HoldCo, LLC v. Digital Currency Grp., Inc.*, No. 25-cv-733 (D. Del. 2025) and *Genesis Global Capital, LLC v. Digital Currency Grp., Inc. (In re Genesis Global HoldCo, LLC)*, Adv. Pro. No. 25-01097 (Bankr. S.D.N.Y. 2025). DCG respectfully requests that the Court

exercise its discretion to not require any security in connection with this Preliminary Injunction.

## JURISDICTION AND VENUE

2. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BASIS FOR REQUESTED RELIEF

3. Plaintiff is filing contemporaneously herewith the Complaint and a Memorandum of Law in support of the Motion (the "**Memorandum**"), which details the factual and legal bases for the requested relief, and are incorporated herein by reference.

## RESERVATION OF RIGHTS

4. Nothing contained herein is intended to be or shall be construed as (i) an admission as to the validity of any claim against Plaintiff, or (ii) a waiver of Plaintiff's or any appropriate party-in-interest's rights to dispute any claim.

## NOTICE

5. Plaintiff will serve a copy of this Motion and the accompanying Memorandum of Law and declarations on the Defendants, as well as on Soichiro "Michael" Moro, Barry Silbert, and the Standard Parties, as defined in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 44]. In light of the nature of the relief requested herein, Plaintiff submits that no other or further notice need be provided.

## **NO PREVIOUS REQUEST**

6. No previous request for the relief sought herein has been made by Plaintiff to this Court or any other court.

WHEREFORE, Plaintiff respectfully requests entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: July 8, 2025
New York, New York

Respectfully submitted,

*/s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Daniel J. Schwartz
Marc J. Tobak

*Attorneys for Plaintiff Digital Currency Group, Inc.*