DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Daniel J. Schwartz
Marc J. Tobak

*Counsel to Plaintiff Digital Currency Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Genesis Global Holdco, LLC, et al.,<br><br>Debtors.[1] | Case No. 23-10063 (SHL) |
| DIGITAL CURRENCY GROUP, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>VINCENT FALCO, STEPHEN H. SOKOLOWSKI, AND CHRISTOPHER H. SOKOLOWSKI<br><br>Defendant. | Adversary Pro. No.<br>25-01111-SHL |

**NOTICE OF HEARING REGARDING**
**MOTION FOR PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that on July 8, 2025, Digital Currency Group, Inc.

("**DCG**") filed a complaint and motion seeking to enjoin the complaints of Vincent Falco,

---

[1] The Wind-Down Debtors in these cases, along with the last four digits of each Wind-Down Debtor's registration number in the applicable jurisdiction, are as follows: Genesis Global Holdco, LLC (8219), Genesis Global Capital, LLC (8564), and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Wind-Down Debtors' is 175 Greenwich Street, Floor 38, New York, NY 10007.

Stephen Sokolowski, and Christopher H. Sokolowski (together the "**Creditor Defendants**"). [ECF Nos. 1, 2.]

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion (the "**Hearing**") has been scheduled for **August 15, 2025,** at **10:00 AM (Prevailing Eastern Time)** before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"); *provided that* such Hearing shall be conducted via **Zoom for Government®** unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing are required to register their appearance by **4:00 p.m. (Prevailing Eastern Time) the day before the Hearing** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with Local Bankruptcy Rule 5005-2, (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD or other electronic media, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and Local Bankruptcy Rule 5005-2, to the extent applicable, and shall be served in accordance with the Order Establishing Certain Notice and Case Management Procedures entered on January 27, 2023 [ECF. No. 44], so as to be actually

received no later than **July 29, 2025, at 4:00 p.m. (Prevailing Eastern Time)** (the **"Objection Deadline"**).

**PLEASE TAKE FURTHER NOTICE** that any replies in support of the Motion shall be filed and served so as to be actually received no later than **August 13, 2025 at 12:00 PM. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default; *provided that* objecting parties shall attend the Hearing **via Zoom for Government**® unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

[*Remainder of page intentionally left blank. Signatures on next page.*]

Dated: July 9, 2025
       New York, New York

                                      DAVIS POLK & WARDWELL LLP

                                      By: */s/ Marc J. Tobak*
                                               Marc J. Tobak

                                      450 Lexington Avenue
                                      New York, New York 10017
                                      Telephone: (212) 450-4000
                                      Facsimile: (212) 701-5800
                                      Marshall S. Huebner
                                      Benjamin S. Kaminetzky
                                      Elliot Moskowitz
                                      Daniel J. Schwartz
                                      Marc J. Tobak

                                      *Attorneys for Plaintiff*
                                      *Digital Currency Group, Inc.*