DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Daniel J. Schwartz
Marc J. Tobak

*Counsel to Plaintiff Digital Currency Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Genesis Global Holdco, LLC, et al.,<br><br>Debtors.[1] | **Case No. 23-10063 (SHL)** |
| DIGITAL CURRENCY GROUP, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>VINCENT FALCO, STEPHEN H. SOKOLOWSKI, AND CHRISTOPHER H. SOKOLOWSKI<br><br>Defendant. | **Adversary Pro. No.**<br>**25-01111-SHL** |

## NOTICE OF ADJOURNMENT OF HEARING REGARDING MOTION FOR PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that on July 8, 2025, Digital Currency Group, Inc. ("**DCG**")

filed a complaint and motion (the "**Motion**") seeking to enjoin the complaints of Vincent Falco,

Stephen Sokolowski, and Christopher H. Sokolowski (together the "**Creditor Defendants**").

---

[1] The Wind-Down Debtors in these cases, along with the last four digits of each Wind-Down Debtor's registration number in the applicable jurisdiction, are as follows: Genesis Global Holdco, LLC (8219), Genesis Global Capital, LLC (8564), and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Wind-Down Debtors' is 175 Greenwich Street, Floor 38, New York, NY 10007.

[Adv. ECF Nos. 1, 2].[2]  The hearing on the Motion (the "**Hearing**") was previously scheduled for August 15, 2025, at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned to **September 15, 2025 at 11:00 a.m.** (Prevailing Eastern Time) before the Honorable Judge Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"); *provided that* such Hearing shall be conducted via Zoom for Government® unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing are required to register their appearance by **4:00 p.m. (Prevailing Eastern Time) the day before the Hearing** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with Local Bankruptcy Rule 5005-2, (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD or other electronic media, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and Local Bankruptcy Rule 5005-2, to the extent applicable,

---

[2] Citations in the form of "Adv. ECF No." reference electronic filings in the above-captioned adversary proceeding, *Digital Currency Grp., Inc. v. Falco et. al. (In re Genesis Global HoldCo, LLC)*, Adv. Pro. No. 25-01111-SHL (Bankr. S.D.N.Y. July 8, 2025).  Citations in the form of "ECF No." reference electronic filings in the above-captioned chapter 11 proceeding, *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. S.D.N.Y.)

and shall be served in accordance with the Order Establishing Certain Notice and Case Management Procedures entered on January 27, 2023 [ECF. No. 44].

PLEASE TAKE FURTHER NOTICE that the deadline for Objections has been moved to **August 29, 2025 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that the deadline for filing any replies in support of the Motion has been moved to **September 12, 2025 at 12:00 PM. (Prevailing Eastern Time)** (the "**Reply Deadline**").

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default; *provided that* objecting parties shall attend the Hearing **via Zoom for Government**® unless otherwise ordered by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that a status conference on the Motion and on the Debtors' Motion to Enforce the Plan Against Digital Currency Group, Inc. [ECF No. 2180] will be held on **August 15, 2025 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Status Conference**"). *See* Notice of Status Conference [ECF No. 2212].

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

*[Remainder of page intentionally left blank. Signature on next page.]*

Dated:   August 8, 2025
         New York, New York

DAVIS POLK & WARDWELL LLP

By:   */s/ Marc J. Tobak*
      Marc J. Tobak

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Daniel J. Schwartz
Marc J. Tobak

*Attorneys for Plaintiff*
*Digital Currency Group, Inc.*