DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Daniel J. Schwartz
Marc J. Tobak

*Counsel to Plaintiff Digital Currency Group, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Genesis Global Holdco, LLC, et al., <br><br> Debtors.[1] | **Case No. 23-10063 (SHL)** |
| DIGITAL CURRENCY GROUP, INC., <br><br> Plaintiff, <br><br> - against - <br><br> VINCENT FALCO, STEPHEN H. SOKOLOWSKI, AND CHRISTOPHER H. SOKOLOWSKI <br><br> Defendant. | **Adversary Pro. No. 25-01111-SHL** |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VINCENT FALCO**

**PLEASE TAKE NOTICE** that on July 8, 2025, Digital Currency Group, Inc. ("**DCG**") filed a Complaint [Adv. ECF No. 1] (the "**Complaint**") and a Motion for Preliminary Injunction [Adv. ECF No. 2] (the "**Motion**") seeking entry of a preliminary injunction against defendants

---

[1] The Wind-Down Debtors in these cases, along with the last four digits of each Wind-Down Debtor's registration number in the applicable jurisdiction, are as follows: Genesis Global Holdco, LLC (8219), Genesis Global Capital, LLC (8564), and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Wind-Down Debtors' is 175 Greenwich Street, Floor 38, New York, NY 10007.

Vincent Falco, Stephen Sokolowski, and Christopher H. Sokolowski (together the "**Creditor Defendants**").[2]

**PLEASE TAKE FURTHER NOTICE** that on July 25, 2025, Vincent Falco voluntarily dismissed the action that was the subject of the Complaint and Motion with respect to Mr. Falco. *See* Notice of Voluntary Dismissal Without Prejudice, *Falco v. Digital Currency Grp., Inc.*, No. 1:25-cv-03771-DLC (S.D.N.Y. July 25, 2025) [ECF No. 42].

**PLEASE TAKE FURTHER NOTICE** that Plaintiff DCG hereby dismisses the Complaint, and withdraws the Motion, without prejudice, **solely** as against defendant Vincent Falco, pursuant to Rule 41 as applicable to this proceeding through Bankruptcy Rule 7041, and, to the extent applicable, Rules 15 and 21, as applicable to these proceedings through Bankruptcy Rules 7015 and 7021.  For the avoidance of doubt, the Complaint and Motion remain pending with respect to Defendants Stephen H. Sokolowski and Christopher H. Sokolowski.

[*Remainder of page left intentionally blank.  Signature on following page.*]

---

[2] Citations in the form of "Adv. ECF No." reference electronic filings in the above-captioned adversary proceeding, *Digital Currency Grp., Inc. v. Falco et. al. (In re Genesis Global HoldCo, LLC)*, Adv. Pro. No. 25-01111-SHL (Bankr. S.D.N.Y. July 8, 2025).  Citations in the form of "ECF No." reference electronic filings in the above-captioned chapter 11 proceeding, *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. S.D.N.Y.).

Dated: August 8, 2025
      New York, New York

                        DAVIS POLK & WARDWELL LLP

By: */s/ Marc J. Tobak*
     Marc J. Tobak

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Daniel J. Schwartz
Marc J. Tobak

*Attorneys for Plaintiff*
*Digital Currency Group, Inc.*

3