Christopher H. Sokolowski
3178 Carnegie Drive
State College, PA 16803-1154
(814)-600-9804
chris@shoemakervillage.org
*Pro Se* Counterclaim Plaintiff

August 20, 2025

Clerk of Court
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Request for Issuance of Summonses for Counterclaim Defendants
Adversary Proceeding No. 25-01111 (SHL)
Caption: Digital Currency Group, Inc. v. Sokolowski, et al.

Dear Clerk:

I am a *pro se* counterclaim plaintiff in the above-captioned adversary proceeding. On August 14, 2025, I filed a counterclaim that joins three additional parties—Genesis Global Holdco, LLC, Genesis Global Capital, LLC, and Genesis Asia Pacific PTE, LTD. (collectively, the "Debtors")—as counterclaim defendants pursuant to Fed. R. Civ. P. 13(h), as incorporated by Fed. R. Bankr. P. 7013.

I respectfully request that the Clerk issue summonses so that I may serve these newly joined parties under Fed. R. Bankr. P. 7004.

[continued on next page]

Type of summons requested: Official Form B2500A — Summons in an Adversary Proceeding, one summons for each counterclaim defendant (three total).

**Enclosures:**

1. Three completed (unsigned) B2500A forms—one for each Debtor named above (listing my contact information in the "plaintiff's attorney (or plaintiff if unrepresented)" field); and

2. A copy of my Counterclaim filed on August 14, 2025 (Dkt. 12) for reference.

Upon issuance, I will promptly serve the summonses and counterclaim in accordance with Rule 7004 (including service on Debtors' counsel pursuant to Rule 7004(g)) and file proofs of service.

Thank you for your attention to this request.

Respectfully submitted,

*[signature]*

Christopher H. Sokolowski
*Pro Se* Counterclaim Plaintiff