STEPHEN H. SOKOLOWSKI
3178 Carnegie Dr
State College, PA 16803
Telephone: 814-600-9800
Email: steve@shoemakervillage.org
*Pro Se Defendant*

CHRISTOPHER H. SOKOLOWSKI
3178 Carnegie Dr
State College, PA 16803
Telephone: 814-600-9804
Email: chris@shoemakervillage.org
*Pro Se Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Genesis Global Holdco, LLC, et al.,<br><br>Debtors[1] | Case No. 23-10063 (SHL) |
| DIGITAL CURRENCY GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN H. SOKOLOWSKI,<br>CHRISTOPHER H. SOKOLOWSKI,<br>GENESIS GLOBAL HOLDCO, LLC,<br>GENESIS GLOBAL CAPITAL, LLC, AND<br>GENESIS ASIA PACIFIC PTE. LTD.<br><br>Defendants. | Adversary Proceeding No.<br>25-01111 (SHL) |

**NOTICE OF STAY IN CONNECTICUT**

---

[1] The Wind-Down Debtors in these cases, along with the last four digits of each Wind-Down Debtor's registration number in the applicable jurisdiction, are as follows: Genesis Global Holdco, LLC (8219), Genesis Global Capital, LLC (8564), and Genesis Asia Pacific Pte. Ltd. (2164R)

1

PLEASE TAKE NOTICE that on September 12, 2025, Judge Bolden of the District of Connecticut entered the following order staying proceedings in *Sokolowski v. Digital Currency Group, Inc., et al.*, No. 3:25-cv-00870-VAB (D. Conn. May 30, 2025), ECF No. 49:

> The Court GRANTS Plaintiffs' motion to stay proceedings, ECF No. [2], pending the resolution of the related action in the Middle District of Pennsylvania, *Sokolowski, et al. v. Digital Currency Group, Inc., et al.*, No. 4:25-cv-00001-PJC (M.D.Pa.). Parties are directed to file a renewed Rule 26(f) Report within 15 days of the resolution of the related action in the Middle District of Pennsylvania. *See Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.").

This Notice is filed to apprise the Court and parties here of the stay in the related matter, which involves overlapping parties/issues.

Dated: September 14, 2025

Respectfully submitted,

/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
814 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
814 600-9804
chris@shoemakervillage.org

2