DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
Daniel J. Schwartz
Marc J. Tobak

*Counsel to Plaintiff Digital Currency Group, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Genesis Global Holdco, LLC, et al.,<br><br>Debtors.[1] | **Case No. 23-10063 (SHL)** |
| DIGITAL CURRENCY GROUP, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>VINCENT FALCO, STEPHEN H. SOKOLOWSKI, AND CHRISTOPHER H. SOKOLOWSKI<br><br>Defendant. | **Adversary Pro. No.<br>25-01111-SHL** |

### NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE REGARDING DIGITAL CURRENCY GROUP'S ADVERSARY COMPLAINT

**PLEASE TAKE NOTICE** that on July 8, 2025, Digital Currency Group, Inc. ("**DCG**") filed an adversary complaint (the "**Complaint**") and motion seeking to enjoin Vincent Falco, Stephen Sokolowski, and Christopher H. Sokolowski (together the "**Creditor Defendants**")

---

[1] The Wind-Down Debtors in these cases, along with the last four digits of each Wind-Down Debtor's registration number in the applicable jurisdiction, are as follows: Genesis Global Holdco, LLC (8219), Genesis Global Capital, LLC (8564), and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Wind-Down Debtors' is 175 Greenwich Street, Floor 38, New York, NY 10007.

from continuing to prosecute causes action against DCG that are property of the Debtors' estate. [Adv. ECF Nos. 1, 2.]² A pretrial conference (the "**Pretrial Conference**") was previously scheduled for September 17, 2025, at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that on August 14, 2025, two of the Defendants, Stephen H. and Christopher H. Sokolowski (the "Sokolowski Defendants"), filed the Defendants' Answer, Affirmative Defenses, Counterclaim, and Request for Case Management Order [Adv. ECF No. 12] ("Answer and Counterclaim") in the above-captioned adversary proceeding answering the Complaint and asserting a counterclaim for declaratory judgment against the Debtors and DCG.

**PLEASE TAKE FURTHER NOTICE** that the Pretrial Conference has been adjourned to a date to be determined by the court.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Pretrial Conference are required to register their appearance by **4:00 p.m. (Prevailing Eastern Time) the day before the Pretrial Conference** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that the Pretrial Conference may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court.

[*Remainder of page intentionally left blank. Signature on next page.*]

---

² Citations in the form of "Adv. ECF No." reference electronic filings in the above-captioned adversary proceeding, *Digital Currency Grp., Inc. v. Falco et. al. (In re Genesis Global HoldCo, LLC)*, Adv. Pro. No. 25-01111-SHL (Bankr. S.D.N.Y. July 8, 2025). Citations in the form of "ECF No." reference electronic filings in the above-captioned chapter 11 proceeding, *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. S.D.N.Y.)

2

Dated: September 17, 2025
       New York, New York

                                      DAVIS POLK & WARDWELL LLP

                                      By: */s/ Marc J. Tobak*
                                             Marc J. Tobak

                                      450 Lexington Avenue
                                      New York, New York 10017
                                      Telephone: (212) 450-4000
                                      Facsimile: (212) 701-5800
                                      Marshall S. Huebner
                                      Benjamin S. Kaminetzky
                                      Elliot Moskowitz
                                      Daniel J. Schwartz
                                      Marc J. Tobak

                                      *Attorneys for Plaintiff*
                                      *Digital Currency Group, Inc.*

3