**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants Stephen H. Sokolowski and*
*Christopher H. Sokolowski*
Scott S. Markowitz, Esq.
Jill Makower, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
smarkowitz@tarterkrinsky.com
jmakower@tarterkrinsky.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re <br><br> GENESIS GLOBAL HOLDCO, LLC, et al., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-10063 (SHL) |
| DIGITAL CURRENCY GROUP, INC., <br><br> Plaintiff, <br><br> -against- <br><br> VINCENT FALCO, STEPHEN H. SOKOLOWSKI AND CHRISTOPHER H. SOKOLOWSKI, <br><br> Defendants. | Adv. Pro. No. 25-01111 (SHL) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF ALL NOTICES, PLEADINGS, AND ORDERS**

   **PLEASE TAKE NOTICE**, that Tarter Krinsky & Drogin LLP ("TKD"), as counsel to

the above-captioned defendants, Stephen H. Sokolowski and Christoher H. Sokolowski (the

"Defendants"), hereby enters its appearance in the above-captioned adversary proceeding case

pursuant to 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), and requests

---

[1] The Wind-Down Debtors in these cases, along with the last four digits of each Wind-Down Debtor's registration number in the applicable jurisdiction, are as follows: Genesis Global Holdco, LLC (8219), Genesis Global Capital, LLC (8564), and Genesis Asia Pacific Pte. Ltd. (2164R)

095687\1\180540458.v1

that all notices given or required to be given in this proceeding and all papers served or required

to be served in this proceeding, be served upon the undersigned at the following address:

> Scott S. Markowitz, Esq.
> Jill Makower, Esq.
> Tarter Krinsky & Drogin LLP
> 1350 Broadway, 11th Floor
> New York, New York 10018
> Tel: (212) 216-8000
> Email: smarkowitz@tarterkrinsky.com
> Email: jmakower@tarterkrinsky.com

**PLEASE TAKE FURTHER NOTICE**, the foregoing request includes, without

limitation, any and all notices in respect of any application, motion, petition, pleading, request,

complaint, demand, order, or any other paper filed in this case, whether such notice is formal or

informal, written or oral, and whether transmitted by hand delivery, United States Mail,

expedited delivery service, telephone, fax, electronic mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and

Request for Service of Notice, Pleadings, and Orders, nor any subsequent appearance, pleading,

proof of claim, other writing, or conduct shall constitute a waiver by the Defendants (i) right to

have final orders in any and all non-core matters entered only after *de novo* review by a United

States District Court; (ii) right to trial by jury in any proceeding as to any and all matters so

triable; (iii) right to have the reference in this mater withdrawn by the United States District

Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv)

other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any

agreement.

Dated: New York, New York
       May 22, 2026

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants Stephen H. Sokolowski
and Christopher H. Sokolowski*


By:    */s/ Scott S. Markowitz*
       Scott S. Markowitz, Esq.
       Jill Makower, Esq.
       1350 Broadway, 11th Floor
       New York, NY 10018
       Tel.: (212) 216-8000
       Email: smarkowitz@tarterkrinsky.com
       Email: jmakower@tarterkrinsky.com
