CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal
Luke A. Barefoot
Rishi N. Zutshi
Samuel Levander
Andrew Weaver
Andres F. Saenz
David Z. Schwartz
Jack Massey

*Counsel to the Wind-Down Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No. 23-10063 (SHL) |
| Wind-Down Debtors. | Jointly Administered |
| Digital Currency Group, Inc., <br> Plaintiffs, | |
| -against- | |
| Vincent Falco, Stephen H. Sokolowski and Christopher H. Sokolowski, | Adv. Proc. No. 25-01111 (SHL) |
| Defendants. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Sean A. O'Neal, Luke A. Barefoot, Rishi N. Zutshi, Samuel

Levander, Andrew Weaver, Andres F. Saenz, David Z. Schwartz, and Jack Massey of Cleary

---

[1]     The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Wind-Down Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Genesis Global Holdco, LLC ("Genesis"), Genesis Global Capital, LLC ("GGC") and Genesis Asia Pacific Pte. Ltd. ("GAP", and together with Genesis and GGC, the "Wind-Down Debtors"), and requests pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the person listed below at the following address:

> Cleary Gottlieb Steen & Hamilton LLP
> Attention: Sean A. O'Neal
> Luke A. Barefoot
> Rishi N. Zutshi
> Samuel Levander
> Andrew Weaver
> Andres F. Saenz
> David Z. Schwartz
> Jack Massey
> One Liberty Plaza
> New York, New York 10006
> 212-225-2000
> soneal@cgsh.com
> lbarefoot@cgsh.com
> rzutshi@cgsh.com
> slevander@cgsh.com
> aweaver@cgsh.com
> asaenz@cgsh.com
> dschwartz@cgsh.com
> jamassey@cgsh.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.  This Notice of Appearance is not and shall not be

construed as a waiver of any of the Wind-Down Debtors' jurisdictional, substantive or procedural

rights and remedies in connection with the above-captioned proceeding, all of which are hereby

expressly reserved.

Dated: June 10, 2026
New York, New York

Respectfully submitted,

*/s/ Luke A. Barefoot*

Sean A. O'Neal
Luke A. Barefoot
Rishi N. Zutshi
Samuel Levander
Andrew Weaver
Andres F. Saenz
David Z. Schwartz
Jack Massey
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
soneal@cgsh.com
lbarefoot@cgsh.com
rzutshi@cgsh.com
slevander@cgsh.com
aweaver@cgsh.com
asaenz@cgsh.com
dschwartz@cgsh.com
jamassey@cgsh.com

*Counsel to the Wind-Down Debtors*