SELENDY GAY PLLC
Philippe Z. Selendy
Jennifer M. Selendy
Kelley A. Cornish
Claudia R. Tobler
1290 Avenue of the Americas
New York, New York 10104
(212) 390-9000
pselendy@selendygay.com
jselendy@selendygay.com
kcornish@selendygay.com
ctobler@selendygay.com

*Outgoing Attorneys for Genesis Global
Holdco, LLC, Genesis Global Capital, LLC,
and Genesis Asia Pacific Pte. Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| Digital Currency Group, Inc., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-01111 (SHL) |
| Vincent Falco, Stephen H. Sokolowski, and Christopher H. Sokolowski | |
| Defendants. | |

**<u>MOTION TO WITHDRAW</u>**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).

Selendy Gay PLLC ("Selendy Gay"), counsel of record for Genesis Global Holdco, LLC, Genesis Global Capital, LLC, and Genesis Asia Pacific Pte. Ltd. (together, "Genesis"), respectfully moves this Court, pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York, for entry of the proposed order attached hereto as Exhibit A authorizing Selendy Gay to withdraw as counsel of record for Genesis in the above-captioned adversary proceeding.

Local Bankruptcy Rule 2090-1(e) provides that an attorney who has appeared as attorney of record may withdraw or be replaced only by order of the Court for cause shown. Cause exists here because Genesis has consented to Selendy Gay's withdrawal and Cleary Gottlieb Steen & Hamilton LLP ("Cleary") is taking over representation of Genesis in this adversary proceeding.

Selendy Gay's withdrawal will not delay these proceedings or prejudice any party. Cleary has represented Genesis and the Wind-Down Debtors in matters before this Court, including in the Chapter 11 Case and related adversary proceedings, and is familiar with the underlying proceedings and issues. Cleary has already appeared for Genesis in this proceeding.

Accordingly, Selendy Gay respectfully requests that the Court enter the proposed order attached hereto as Exhibit A authorizing Selendy Gay to withdraw as counsel of record for Genesis in this adversary proceeding and directing the Clerk of Court to terminate Selendy Gay and its attorneys from the electronic docket for this adversary proceeding.

Dated:    June 11, 2026

SELENDY GAY PLLC


By:    /s/ *Philippe Z. Selendy*

Philippe Z. Selendy
Jennifer M. Selendy
Kelley A. Cornish
Claudia R. Tobler
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
pselendy@selendygay.com
jselendy@selendygay.com
kcornish@selendygay.com
ctobler@selendygay.com

*Outgoing Attorneys for Plaintiffs Genesis Global Holdco, LLC, Genesis Global Capital, LLC, and Genesis Asia Pacific Pte. Ltd.*