# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[2]<br><br>       Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |
| Digital Currency Group, Inc.,<br><br>       Plaintiff,<br><br>v.<br><br>Vincent Falco, Stephen H. Sokolowski, and Christopher H. Sokolowski<br><br>       Defendant. | Adv. Proc. No. 25-01111 (SHL) |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

Upon the motion (the "Motion") of Selendy Gay PLLC ("Selendy Gay") for entry of an order authorizing Selendy Gay to withdraw as counsel of record for Genesis Global Holdco, LLC, Genesis Global Capital, LLC, and Genesis Asia Pacific Pte. Ltd. (together, "Genesis") in the above-captioned adversary proceeding; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and proper notice of the Motion having been provided; and Genesis having consented to Selendy Gay's withdrawal; and the Court having found that cause exists to grant the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R).

1.  The Motion is GRANTED.

2.  Selendy Gay is authorized to withdraw as counsel of record for Genesis in the above-captioned adversary proceeding.

3.  The Clerk of Court is respectfully directed to terminate Selendy Gay and its attorneys as counsel of record for Genesis on the electronic docket in this adversary proceeding.

4.  All future notices and service in this matter shall be directed to Cleary Gottlieb Steen & Hamilton LLP, counsel for Genesis.

**SO ORDERED.**

Dated:   New York, New York
June ___, 2026

---

Sean H. Lane
United States Bankruptcy Judge

2